UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CARLOS CAMPOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:14-cv-324 |
| ) | |
| NORTHSTAR LOCATION SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S COMPLAINT

Plaintiff, CARLOS CAMPOS ("Plaintiff"), through Plaintiff's attorney, AGRUSS LAW FIRM, LLC, alleges the following against Defendant, NORTHSTAR LOCATION SERVICES, LLC ("Defendant"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

### JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§1331, 1367, and 15 U.S.C. §1692k.

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

1

## PARTIES

4. Plaintiff is a natural person residing in Somerset, Bexar County, Texas.

5. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6).

8. Within the past year, Defendant sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency headquartered in Cheektowaga, Erie County, New York.

10. Defendant is a business entity engaged in the collection of debt within the State of Texas.

11. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

12. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

13. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

14. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

15. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, TD Auto Finance LLC, account number ending in 1314 ("Account").

16. Plaintiff's alleged debt owed to TD Auto Finance LLC arises from transactions for personal, family, and household purposes.

17. Plaintiff retained the services of Debt Counsel for Seniors and the Disabled ("DCSD") to help with Plaintiff's unsecured debts.

18. DCSD protects seniors, veterans, and the disabled to ensure creditors and collectors do not violate collection laws or garnish federally protected incomes, such as Social Security, Social Security Disability, Veterans benefits, and other federal funds.

19. On November 7, 2012, DCSD spoke with Defendant's employee, Kate Long, regarding Plaintiff's Account.

20. On November 7, 2012, DCSD faxed a notice of representation and cease and desist letter to Defendant at 716-565-6928. *See* the letter attached as Exhibit A.

21. DCSD's letter was provided to Defendant with Plaintiff's name, last four digits of the account number, and a cease and desist request from both DCSD and Plaintiff. *Id*.

22. On November 7, 2012, after DCSD's letter was faxed to Defendant, a Transmission Verification Report was generated.

23. According to the Transmission Verification Report, Defendant received DCSD's notice of representation and cease and desist letter on November 7, 2012.

24. Despite having received Plaintiff's cease and desist request and letter informing Defendant of DCSD's representation, on October 24, 2013, Defendant mailed a collection letter to Plaintiff regarding the TD Auto Finance LLC Account. *See* the letter attached as Exhibit B.

25. On November 15, 2013, DCSD faxed a notice of representation and cease and desist letter and a cease and desist Order to Defendant at 716-565-6928. *See* the letter and Order attached as Exhibit C.

26. DCSD's letter was provided to Defendant with Plaintiff's name, last four digits of the account number, and a cease and desist request from both DCSD and Plaintiff. *Id.*

27. On November 15, 2013, after DCSD's letter and Order were faxed to Defendant, a Transmission Verification Report was generated.

28. According to the Transmission Verification Report, Defendant received DCSD's notice of representation, cease and desist letter, and cease and desist Order on November 15, 2013.

29. Despite Plaintiff's request that Defendant cease contacting Plaintiff directly in connection with the alleged TD Auto Finance LLC account, Defendant continued to send letters to Plaintiff, seeking and demanding payment on the alleged debt at issue in this case.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

30. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(c) of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, CARLOS CAMPOS, respectfully requests judgment be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC, for the following:

31. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

32. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

33. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

April 10, 2014

By: /s/ Michael S. Agruss
    Michael S. Agruss
    Agruss Law Firm, LLC
    22 W. Washington St., Suite 1500
    Chicago, IL 60602
    Tel: 312-224-4695
    Fax: 312-253-4451
    michael@agrusslawfirm.com
    Attorney for Plaintiff

# **EXHIBIT A**



November 7, 2012

BY FAX ONLY: 716-565-6928
Page 1 of 2

Collections Manager
Northstar Location Services
4285 Genesse Street
Cheektowaga, NY  14225-1943

Re: **Carlos Campos & Isabel Campos**
Your reference # 12547144 - Chrysler Financial: Ending in 1314
Our file # 12365

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for purposes of enforcing their rights pursuant to all applicable federal debt collection laws.  Debt Counsel for Seniors and the Disabled exclusively represents clients who are seniors, veterans and/or disabled individuals whose income (e.g. social security, disability, veterans' benefits, etc.) is protected by federal law.

My client hereby disputes the entire amount of the debt referenced above.  Accordingly, please provide any agreement(s) my client may have signed regarding this debt as well as an accounting history, balance calculation and charge-off date, if applicable, to this law firm at the above address.  Also, please report this debt as disputed to all Credit Reporting Agencies to which you reported this debt..

Notwithstanding my representation, be on notice that my client hereby directs you to cease and desist all further communications with my client and hereby expressly revokes any prior consent that may have been given to call any telephone.  My client also hereby revokes any prior business relationship with you or with any other party(s) involved in this matter, which includes revocation of any agreement to arbitrate any matter that my client may have entered into with your or any predecessor in interest.

Per the official Staff Commentary on Regulation Z 226.2(a)(22), please direct all further communication regarding this matter to my office, Debt Counsel for Seniors and the Disabled, 542 S. Dearborn Street, Suite 1260, Chicago, IL 60605, 800-992-3275.

Sincerely,

*Jerome Lamet*

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc: Carlos Campos & Isabel Campos

---

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 356-3199

```
                    TRANSMISSION VERIFICATION REPORT

                                        TIME  : 11/07/2012 15:47
                                        NAME  : JEROME LAMET LTD
                                        FAX   : 13123563199
                                        TEL   : 13129392221
                                        SER.# : BROD8J797996


      DATE,TIME              11/07  15:47
      FAX NO./NAME           17165656928
      DURATION               00:00:26
      PAGE(S)                02
      RESULT                 OK
      MODE                   STANDARD
                             ECM
```



November 7, 2012

BY FAX ONLY: 716-565-6928
Page 1 of 2

Collections Manager
Northstar Location Services
4285 Genesse Street
Cheektowaga, NY 14225-1943


Re:   Carlos Campos & Isabel Campos
      Your reference # 12547144 - Chrysler Financial: Ending in 1314
      Our file # 12365

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for purposes of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are seniors, veterans and/or disabled individuals whose income (e.g. social security, disability, veterans' benefits, etc.) is protected by federal law.

My client hereby disputes the entire amount of the debt referenced above. Accordingly, please provide any agreement(s) my client may have signed regarding this debt as well as an accounting history, balance calculation and charge-off date, if applicable, to this law firm at the above address. Also, please report this debt as disputed to all Credit Reporting Agencies to which you reported this debt..

Notwithstanding my representation, be on notice that my client hereby directs you to cease and desist all further communications with my client and hereby expressly revokes any prior consent that may have been given to call any telephone. My client also hereby revokes any prior business relationship with you or with any other party(s) involved in this matter, which includes

# **<u>EXHIBIT B</u>**

# NORTHSTAR
## LOCATION SERVICES, LLC

4285 Genesee Street
Cheektowaga NY 14225-1943
ADDRESS SERVICE REQUESTED

1-866-224-9824
Hours Mon-Thurs 8AM-10PM ET,
Fri 8AM-8PM ET, Sat 8AM-2PM ET

10/24/13

Ref #

2013000004285091LT1    162320776

CARLOS S CAMPOS
C/O ATN JEROME LAMET
140 E White Wing Dr
Somerset TX 78069-3764

Northstar Location Services, LLC
Attn: Financial Services Dept.
4285 Genesee Street
Cheektowaga, NY 14225-1943

NOV 1 2

| Creditor | TD Auto Finance LLC |
|---|---|
| Account # | 1026701314 |
| Balance | $13,069.37 |
| Amount Remitted | |

Payment Website: https://www.gotonls.com

TO ENSURE PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT.

| Creditor | Account # | Balance |
|---|---|---|
| TD Auto Finance LLC | 1026701314 | $13,069.37 |

The above account has been referred to our office by TD Auto Finance LLC. Your account is listed as delinquent with a total amount due of $13,069.37.

Federal law requires that we inform you this communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days of receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and a copy of such verification or judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

| To make paying your account more convenient we offer the following payment options: | |
|---|---|
| ■ Check-by-phone at 1-866-224-9824 | ■ Web Pay at www.gotonls.com |
| ■ MoneyGram ExpressPayment | ■ Pay in person at our office |
| ■ Credit or Debit Card | ■ Enclose your payment in the envelope |

You may contact a Northstar Account Representative toll free at 1-866-224-9824 or direct dial our Remittance Department at 1-866-224-9824 to make your payment.

Fax# 716-565-6928.
Mike Nelson


ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals
Member

1CSNOST01LT1

# **EXHIBIT C**



Debt Counsel for Seniors & the Disabled

November 14, 2013                                                    BY FAX ONLY: 716-565-6928
                                                                     Page 1 of 2

Collections Manager
Northstar Location Services
4285 Genesse Street
Cheektowaga, NY 14225-1943


Re:    Carlos Campos & Isabel Campos
       Your reference # 13-428509 - Chrysler Financial / TD Auto Finance, LLC: Ending in 1314
       Our file # 12365

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for purposes of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are seniors, veterans and/or disabled individuals whose income (e.g. social security, disability, veterans' benefits, etc.) is protected by federal law.

My client hereby disputes the entire amount of the debt referenced above. Accordingly, please provide any agreement(s) my client may have signed regarding this debt as well as an accounting history, balance calculation and charge-off date, if applicable, to this law firm at the above address. Also, please report this debt as disputed to all Credit Reporting Agencies to which you reported this debt..

Notwithstanding my representation, be on notice that my client hereby directs you to cease and desist all further communications with my client and hereby expressly revokes any prior consent that may have been given to call any telephone. My client also hereby revokes any prior business relationship with you or with any other party(s) involved in this matter, which includes revocation of any agreement to arbitrate any matter that my client may have entered into with your or any predecessor in interest.

Per the official Staff Commentary on Regulation Z 226.2(a)(22), please direct all further communication regarding this matter to my office, Debt Counsel for Seniors and the Disabled, 542 S. Dearborn Street, Suite 1260, Chicago, IL 60605, 800-992-3275.

Sincerely,

*Jerome Lamet*

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc: Carlos Campos & Isabel Campos

---

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 356-3199

# CEASE AND DESIST ORDER

IN ACCORDANCE WITH § 1692c(c) OF THE FAIR DEBT COLLECTION PRACTICES ACT, I AM REQUESTING THAT YOU CEASE FURTHER COMMUNICATION WITH ME/US.

ADDITIONALLY, OR IF YOU ARE THE ORIGINAL CREDITOR, PLEASE BE ADVISED THAT I/WE AM/ARE REPRESENTED BY THE ATTORNEYS AT DEBT COUNSEL FOR SENIORS AND THE DISABLED, AND I/WE REQUEST THAT YOU CEASE FURTHER COMMUNICATION WITH ME/US IN ACCORDANCE WITH § 1692(a)(2) OF THE FAIR DEBT COLLECTION PRACTICES ACT.

IF MY/OUR ATTORNEYS HAVE NOT, IN WRITING, INFORMED YOU OF THEIR REPRESENTATION, THIS SHALL ALSO SERVE AS A LETTER OF REPRESENTATION TO THAT EFFECT.

FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN MY/OUR REPORTING YOUR ILLEGAL ACTIVITY TO THE FEDERAL TRADE COMMISSION AND ALL APPROPRIATE REGULATORY AGENCIES, INCLUDING STATE BAR ASSOCIATIONS.

_Isabel M Campos_
**Signature**

_Isabel M Campos P.A.,_
**Signature (second party)**

_Isabel Campos_
**Printed Name**

_Carlos Campos_
**Printed Name**

_140 E. White Wing Dr._
**Address**

_Somerset TX 78069_
**City/State/ZIP Code**

DCSD Rev Date: 11/11/10

```
            TRANSMISSION VERIFICATION REPORT

                                              TIME  : 11/15/2013 08:54
                                              NAME  : JEROME LAMET LTD
                                              FAX   : 13123563199
                                              TEL   : 13129392221
                                              SER.# : BROD8J797996


    DATE,TIME                    11/15  08:54
    FAX NO./NAME                 17165656928
    DURATION                     00:00:37
    PAGE(S)                      02
    RESULT                       OK
    MODE                         STANDARD
                                 ECM
```



November 14, 2013

BY FAX ONLY:  716-565-6928
Page 1 of 2

Collections Manager
Northstar Location Services
4285 Genesse Street
Cheektowaga, NY  14225-1943

Re:   Carlos Campos & Isabel Campos
      Your reference # 13-428509 - Chrysler Financial / TD Auto Finance, LLC: Ending in 1314
         Our file # 12365

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for purposes of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are seniors, veterans and/or disabled individuals whose income (e.g. social security, disability, veterans' benefits, etc.) is protected by federal law.

My client hereby disputes the entire amount of the debt referenced above. Accordingly, please provide any agreement(s) my client may have signed regarding this debt as well as an accounting history, balance calculation and charge-off date, if applicable, to this law firm at the above address. Also, please report this debt as disputed to all Credit Reporting Agencies to which you reported this debt..

Notwithstanding my representation, be on notice that my client hereby directs you to cease and desist all further communications with my client and hereby expressly revokes any prior consent that may have been given to call any telephone. My client also hereby revokes any prior